# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph | ☐ Central ☐ Southern | **Jackson** County and elsewhere | ☒ Secret Indictment ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name: David M. Jones
Alias Name: "Davo"
Birthdate: 02/20/1993

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☒ No   if yes, original case number _____
New Defendant ☒ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA  Byron H. Black & Stephanie C. Bradshaw

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☒ No
Warrant Required ☒ Yes ☐ No

**U.S.C. Citations**
Total # of Counts   3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute 500 Grams or More of Methamphetamine | 1 |
| 2 | 21:841D=CD.F/3801/4 | Distribution of Methamphetamine, Fentanyl, and Cocaine | 16, 18 |
| 3 | 21:853.F/6911/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date  6/21/2022     Signature of AUSA   /s/ Byron Black