# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western  ☐ St. Joseph | | **Jackson** County and elsewhere | ☒ Secret Indictment |
| ☐ Central  ☐ Southern | | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name        Isaac J. Wilson
Alias Name            "Hothead" and "Meces"
Birthdate             05/13/1995

**Related Case Information**
Superseding Indictment/Information   ☐ Yes  ☒ No   if yes, original case number _____
New Defendant                        ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA   Byron H. Black & Stephanie C. Bradshaw

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☒ No
Warrant Required   ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute 500 Grams or More of Methamphetamine | 1 |
| 2 | 21:841D=CD.F/3801/4 | Distribution of Methamphetamine, Fentanyl, and Cocaine | 13, 14, 17 |
| 3 | 21:853.F/6911/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   6/21/2022                    Signature of AUSA   */s/ Byron Black*