# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☑ Secret Indictment<br>☐ Juvenile |

**Defendant Information**

Defendant Name        Deionte E. Williams
Alias Name            "Tae" and "Locc"
Birthdate             02/05/1993

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant                       ☑ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA  Byron H. Black & Stephanie C. Bradshaw

**Interpreter Needed**

☐ Yes     Language and/or dialect _____
☑ No

**Location Status**

Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required    ☐ Yes  ☑ No
Warrant Required ☑ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts   2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute 500 Grams or More of Methamphetamine | 1 |
| 2 | 21:841D=CD.F/3801/4 | Distribution of Methamphetamine, Fentanyl, and Cocaine | 19 |
| 3 | 21:853.F/6911/4 | Forfeiture Allegation | |

(May be continued on reverse)

Date   6/21/2022            Signature of AUSA   */s/ Byron Black*