# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,      )
           )
           Plaintiff,      )
           )
v.           )      Case No.  22-00138-09-CR-W-SRB
           )
 ISAAC J. WILSON      )
           )
           Defendant.      )

## CUSTODY DIRECTIVES

**A.**    **Statement of Reasons for the Detention**

☐ Defendant does not object to detention.

☑ Defendant is here by way of writ, and thus, not currently eligible for bond.

☐ Defendant's bond was revoked.

☐ Defendant was arrested in another district, and that district ordered that the defendant be detained pending trial.

☐ Bond was set but defendant has been unable to make bond.

☐ Defendant currently detained in another federal case.

**B.**    **Additional Directives:**
Pursuant to **18 U.S.C. § 3142(i)(2)-(4)**, the Court directs that:
      The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
      The defendant be afforded reasonable opportunity for private consultation with his counsel; and
      That, upon an order of a court of the United States, or upon request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**C.**    **Temporary Transfer:**
The Court further directs that:

Upon receipt of written consent from counsel for the United States and counsel for the defendant, the United States Marshal is authorized to temporarily transfer custody of the defendant, to a federal law enforcement agency for the purpose of furthering a legitimate law enforcement purpose or investigation. If custody of the defendant is temporarily transferred to a federal law enforcement agency pursuant to this authority, then federal law enforcement agents of that agency shall be present with the defendant at all times. Agents of the federal law enforcement agency to whom temporary custody of the defendant is transferred shall be responsible for the safe and secure custody of the defendant, as well as his well-being, while he is in the temporary custody of that federal law enforcement agency.

The defendant, whose custody is temporarily transferred pursuant to this authority, shall remain in the United States Courthouse, 400 East 9th Street, Kansas City, Missouri, shall not be taken to another location, and shall be returned by the federal law enforcement agency to the United States Marshal's Service cell block no later than 5:00 p.m. on the day of the temporary transfer.

The correctional facility to which defendant is remanded is authorized to allow defendant to review electronic discovery, independent of counsel, in accordance with the protocols established by the facility and the Offices of the Federal Public Defender and United States Attorney, once defense counsel provides discovery via a secure storage device. The defendant shall be allowed a minimum of two hours per week access to review electronic discovery until defense counsel retrieves the storage device from the correctional facility.

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
_____
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE